IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY STARK,

    Plaintiff,

v.                                          CASE NO. 1:17-cv-6-MW-GRJ

LEVY COUNTY, FLA., et al.,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case on January 11, 2017 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Upon review, the Court identified several deficiencies and directed Plaintiff to file an amended complaint. (ECF No. 4.)

Plaintiff has now filed his amended complaint in which he fails to even name a Defendant and instead writes: "Don't know because of case after case need to look up. But can't or [do not] have time to." (ECF No. 5 at 3.) Under statement of facts Plaintiff states: "Because I have no help in how to do all this. I am done. Sorry for bothering you all with this. I have tr[i]ed but failed. (*Id.* at 4.) Furthermore, Plaintiff fails to include a statement of claims and fails to request relief. (*Id.* at 6.)

A district court has the inherent authority to manage its own docket "to achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 42 (1991). The Court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order. Fed. R. Civ. P. 41(b). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court." *Durham v. Fla. East Coast Ry. Co.*, 385 F.2d 366, 367 (5th Cir. 1967).

Plaintiff has failed to appropriately respond to the Court's Order. He has also failed to assert any claims against any defendants. Thus, this case is due to be dismissed for failure to prosecute and failure to comply with an order of the Court.

Accordingly, it is respectfully **RECOMMENDED** that this case should be dismissed for failure to prosecute and failure to comply with an order of the Court, all pending motions should be **TERMINATED**, and the case should be closed.

**IN CHAMBERS** this 27th day of January, 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 1:17-cv-6-MW-GRJ*

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**