IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY STARK,

       Plaintiff,

v.                              Case No.  1:17cv6-MW/GRJ

LEVY COUNTY, FLA., et al.,

       Defendants.

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's "objections" to the report and recommendation. ECF No. 7.[1]   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with an order of

---

[1] Plaintiff does not "object" to the recommendation to dismiss.  Instead, he asks this Court for guidance as to how to secure a license etc.

1

the Court. All pending motions are terminated." The Clerk shall close the file.

**SO ORDERED on January 31, 2017.**

<u>s/Mark E. Walker</u>         ____
**United States District Judge**
